In the Matter of STEUBEN COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent, v EDWARD PARTRIDGE, Appellant.—Appeal unanimously dismissed as moot. (Appeal from order of Steuben County Family Court in paternity and contempt proceeding.) Present—Marsh, P. J., Moule, Mahoney, Del Vecchio and Witmer, JJ.